DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
JAMES F. HANNAWALT, State Bar #139657
Assistant Chief Trial Deputy
REBECCA LOUIE, State Bar #264984
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3913 [Hannawalt]
Telephone:    (415) 554-3859 [Louie]
Facsimile:    (415) 554-3837
E-Mail:       james.hannawalt@sfcityatty.org
              rebecca.louie@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
ERIK WHITNEY; OLIVER LIM; STEVEN UANG;
and DAVID WAKAYAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADAM FARS, | Case No.: 23-cv-00286-CRB |
|---|---|
| Plaintiff, | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| vs. | Trial Date:      Not Set. |
| CITY OF SAN FRANCISCO; ERIK WHITNEY; OLIVER LIM; STEVEN UANG; DAVID WAKAYAMA; and DOES 1-10, inclusive, | |
| Defendants. | |

Notice of Unavailability of Counsel
Fars v. CCSF, et al.; Case No. 23-cv-00286-CRB
1
n:\lit\li2023\230743\01761452.docx

NOTICE IS HEREBY GIVEN that from June 21, 2024 through and including July 14, 2024, James F. Hannawalt, attorney of record for Defendants CITY AND COUNTY OF SAN FRANCISCO, ERIK WHITNEY; OLIVER LIM, STEVEN UANG; and DAVID WAKAYAMA will be unavailable for any purpose whatsoever including but not limited to receiving notices of any kind, responding to ex parte applications, responding to discovery, appearing in court, or attending depositions.

Dated: May 29, 2024

>                    DAVID CHIU
>                    City Attorney
>                    JENNIFER E. CHOI
>                    Chief Trial Deputy
>                    JAMES F. HANNAWALT
>                    Assistant Chief Trial Deputy
>                    REBECCA LOUIE
>                    Deputy City Attorney
>
>             By: */s/ James Hannawalt*
>                    JAMES F. HANNAWALT
>
>                    Attorneys for Defendants
>                    CITY AND COUNTY OF SAN FRANCISCO
>                    ERIK WHITNEY; OLIVER LIM; STEVEN UANG;
>                    and DAVID WAKAYAMA