DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
LUCIA LI, State Bar #309355
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4206
Facsimile:     (415) 554-3837
E-Mail:        lucia.li@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
ERIK WHITNEY; OLIVER LIM; STEVEN UANG;
and DAVID WAKAYAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM FARS,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CITY OF SAN FRANCISCO; ERIK WHITNEY; OLIVER LIM; STEVEN UANG; DAVID WAKAYAMA; and DOES 1-10, inclusive,<br><br>　　Defendants. | Case No.: 23-cv-00286-CRB<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Trial Date:　　　March 10, 2026 |

Stipulation re Voluntary Dismissal　　　　　1　　　　　n:\lit\li2023\230743\01864901.docx
Fars v. CCSF, et al.; Case No. 23-cv-00286-CRB

Plaintiff Adam Fars and Defendants City and County of San Francisco, Erik Whitney, Oliver Lim, Steven Uang, and David Wakayama (collectively, the "parties") and their counsel agree and stipulate to the following:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Adam Fars voluntarily dismisses with prejudice Defendants Erik Whitney, Oliver Lim, Steven Uang, and David Wakayama from the above-entitled action.

Each party will bear its own costs and fees.

IT IS SO STIPULATED.

Dated: 09/08/2025

LAW OFFICES OF DALE K. GALIPO

MARCEL F. SINCICH

Attorneys for Plaintiff
ADAM FARS

Dated: 9/10/2025

OFFICE OF THE CITY ATTORNEY

LUCIA LI

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
ERIK WHITNEY; OLIVER LIM; STEVEN
UANG; and DAVID WAKAYAMA