**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Shannon J. Leap, Esq. (SBN 339574)
*sleap@galipolaw.com*
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118
*Attorneys for Plaintiff* REGINA CASTRO

DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
LUCIA LI, State Bar #309355
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4206
Facsimile: (415) 554-3837
E-Mail: Lucia.Li@sfcityatty.org
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
ERIK WHITNEY; OLIVER LIM; STEVEN UANG;
and DAVID WAKAYAMA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM FARS,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CITY OF SAN FRANCISCO; ERIK WHITNEY; OLIVER LIM; STEVEN UANG; DAVID WAKAYAMA; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.: 3:23-cv-00286-CRB<br><br>**JOINT STATUS REPORT** |

        Pursuant to this Court's July 23, 2025 Order (Doc. 36), by and through their

attorneys of record, Plaintiff ADAM FARS and Defendants CITY OF SAN

FRANCISCO; ERIK WHITNEY; OLIVER LIM; STEVEN UANG; DAVID

WAKAYAMA, hereby submit the following Joint Status Report.

1.    The Parties have executed a Settlement Agreement as of September 10, 2025.

2.    The terms of settlement are anticipated to be fully consummated in accordance with the Settlement Agreement.

3.    The Parties expect the matter will be fully resolved no later than October 17, 2025.

Respectfully submitted,

DATED:  September 19, 2025          **LAW OFFICES OF DALE K. GALIPO**

By: _/s/ Marcel Sincich_____
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
*Attorneys for Plaintiff* ADAM FARS

DATED:  September 19, 2025          **DAVID CHIU, City Attorney**
**JENNIFER E. CHOI, Chief Trial Deputy**
**LUCIA LI, Deputy City Attorney**

By: _/s/ Lucia Li_____
LUCIA LI
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO ERIK WHITNEY; OLIVER LIM; STEVEN UANG; and DAVID WAKAYAMA