1  DAVID CHIU, State Bar #189542
   City Attorney
2  JENNIFER E. CHOI, State Bar #184058
   Chief Trial Deputy
3  LUCIA LI, State Bar #309355
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4206
6  Facsimile:    (415) 554-3837
   E-Mail:    lucia.li@sfcityatty.org
7
8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
9  ERIK WHITNEY; OLIVER LIM; STEVEN UANG;
   and DAVID WAKAYAMA
10
11                  UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| ADAM FARS, | Case No.:  23-cv-00286-CRB |
| Plaintiff, | **JOINT STIPULATION OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| vs. | |
| CITY OF SAN FRANCISCO; ERIK WHITNEY; OLIVER LIM; STEVEN UANG; DAVID WAKAYAMA; and DOES 1-10, inclusive, | Trial Date:                March 10, 2026 |
| Defendants. | |

1    Plaintiff Adam Fars and Defendants City and County of San Francisco, Erik Whitney, Oliver

2  Lim, Steven Uang, and David Wakayama (collectively, the "parties") and their counsel agree and

3  stipulate to the following:

4    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Adam Fars voluntarily

5  dismisses with prejudice Defendants Erik Whitney, Oliver Lim, Steven Uang, and David Wakayama

6  from the above-entitled action.

7    Each party will bear its own costs and fees.

8    IT IS SO STIPULATED.

9

10  Dated:    09/08/2025            LAW OFFICES OF DALE K. GALIPO
         _____

11

12                                 _____

13                                 MARCEL F. SINCICH

                                   Attorneys for Plaintiff
14                                 ADAM FARS

15  Dated:    9/10/2025            OFFICE OF THE CITY ATTORNEY
         _____

16

17                                 _____
                                   LUCIA LI

18                                 Attorneys for Defendants
                                   CITY AND COUNTY OF SAN FRANCISCO;
19                                 ERIK WHITNEY; OLIVER LIM; STEVEN
                                   UANG; and DAVID WAKAYAMA
20
         Date: September 22, 2025
21

22  

23

24

25

26

27

28