| | |
|---|---|
| 1 | DAVID CHIU, State Bar #189542 |
|   | City Attorney |
| 2 | JENNIFER E. CHOI, State Bar #184058 |
|   | Chief Trial Deputy |
| 3 | LUCIA LI, State Bar #309355 |
|   | Deputy City Attorney |
| 4 | Fox Plaza |
|   | 1390 Market Street, Sixth Floor |
| 5 | San Francisco, California 94102-5408 |
|   | Telephone: (415) 554-4206 |
| 6 | Facsimile: (415) 554-3837 |
|   | E-Mail: lucia.li@sfcityatty.org |

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADAM FARS, | Case No.: 23-cv-00286-CRB |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| vs. | |
| CITY OF SAN FRANCISCO; ERIK WHITNEY; OLIVER LIM; STEVEN UANG; DAVID WAKAYAMA; and DOES 1-10, inclusive, | Trial Date: March 10, 2026 |
| Defendants. | |

Plaintiff Adam Fars and Defendant City and County of San Francisco (collectively, the "parties") and their counsel agree and stipulate to the following:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Adam Fars voluntarily dismisses with prejudice Defendant City and County of San Francisco from the above-entitled action. Plaintiff Adam Fars further dismisses the above-captioned action in its entirety with prejudice.

Each party will bear its own costs and fees.

IT IS SO STIPULATED.

Dated: 09/08/2025

LAW OFFICES OF DALE K. GALIPO

MARCEL F. SINCICH

Attorneys for Plaintiff
ADAM FARS

Dated: October 10, 2025

OFFICE OF THE CITY ATTORNEY

LUCIA LI

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO